UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-2949**

Codrington v. Steadfast Insurance Company
(D.V.I. No. 1:19-cv-00026)

**ORDER**

The plaintiff filed this appeal after all of his claims were adjudicated except those against Deep South Surplus of Texas, L.P. With those claims unresolved, there may not yet be an appealable "final decision[]" under 28 U.S.C. § 1291. See generally, Morton Int'l, Inc., v. A.E. Staley Mfg. Co., 460 F.3d 470, 476 (3d Cir. 2006) ("Ordinarily the proceedings in a district court must be final as to [. . .] all causes of action and parties for a court of appeals to have jurisdiction ."). All parties must file written responses addressing this Court's jurisdiction over the appeal within fourteen (14) days from the date of this order. Among any other relevant issues, the plaintiff should consider addressing whether the remaining defendant was served. See, e.g., D.R. v. Middle Bucks Area Vocational Tech. Sch., 972 F.2d 1364, 1366 n.3 (3d Cir. 1992).

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 6, 2023
PDB/cc: All Counsel of Record