

**Andrew C. Simpson**
asimpson@coralbrief.com

**2191 Church Street, Suite 5
Christiansted, St. Croix, VI 00820**
340.719.3900
www.coralbrief.com

November 6, 2023

Patricia S. Dodszuweit
Clerk of Court
United States Court of Appeals
　for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

　　Re:　James Codrington v. Steadfast Insurance Co, et al
　　　　Case Number: 23-2949
　　　　District Court Case Number: 1-19-cv-00026

Dear Attorney Dodszuweit:

　I represented Clarendon Insurance Company in the proceedings below. Clarendon was dismissed with prejudice on March 4, 2022. (Doc. No. 156 in the D/VI). Accordingly, neither I nor Clarendon will participate in this appeal.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　Andrew C. Simpson

cc via ECF:
　Kuczynski, Robert J., Esq.
　Lawrence, Rhea R., Esq.
　Wilczynski, W. Mark, Esq.